[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] MEMORANDUM OF DECISION ON DEFENDANT'S MOTION FOR MODIFICATION OF THE PARENTING PLAN
Having reviewed all of the evidence submitted to the court on this matter and at all times considering what is the best interest of the minor child, the court issues the following order:
1. Zev Beigel, the minor child of the parties, shall attend the September 2001 kindergarten class of the Bugbee School, rather than continue attendance at the Jewish Community Center.
2. The defendant-father shall have parenting time with the minor child, Zev, as shown on Exhibit A.
3. That whenever possible the plaintiff-mother shall be flexible in switching weekends to permit a three day weekend when a secular holiday exists to permit the defendant-father to enjoy additional visitation/access time.
4. That the defendant-father shall have access to the child on a local basis whenever his weekend would not permit the reasonable travel to and from Pennsylvania to exercise his visitation.
5. The defendant-father shall have the Thanksgiving holiday with the child on an annual basis commencing on Thursday morning of each and every Thanksgiving.
6. The plaintiff-mother shall have the Rosh Hashanah holiday for 2002 and thereafter the parties shall alternate.
7. To accommodate the defendant-father's unavailability of certain weekends due to Sabbath restrictions, he shall have two-thirds of all school year vacations.
8. That all Jewish holidays shall be alternated or if the holiday falls midweek, the child shall attend schooldays before and after the holiday and access by the defendant-father shall be on a local basis only. The meeting time for Thanksgiving, Easter, Christmas, Labor Day, and Memorial CT Page 13468-cg Day Holidays shall be 2:00 p.m. The Veteran's Day Holiday meeting place shall be in Bridgeport due to the plaintiff-mother's work schedule.
If the holidays fall mid-week, the defendant-father may access the child on a local basis or he may chose to bring the child to his home. The defendant-father shall provide transportation both ways to make this possible. The plaintiff-mother shall meet the defendant-father in Bridgeport to start the weekend.
9. Relative to summer parenting access, the child shall be with the defendant-father for four (4) weeks, only three (3) of which will be consecutive. The defendant-father shall give 90 days notice to the plaintiff-mother of his summer vacation schedule with the child.
10. Relative to transportation, the "pick-ups" will be by the defendant-father in Bridgeport, Connecticut (as specified in Exhibit A) and the "returns" shall be in Scarsdale, New York at the Jewish Community Center or at a mutually acceptable location.
11. The defendant-father will be responsible for 75% of the above transportation costs and the plaintiff-mother will be responsible for 25% of said costs.
BY THE COURT
John D. Brennan Judge Trial Referee
 EXHIBIT A
(Page 1 of 2)
Date visit begins Time and place of Date visit ends Time and place of
 pickup of Zev dropoff of Zev
Monday Sept. 17 Monday, 5 pm Thursday Sept. 20, Father will bring
 Bridgeport Amtrak 8:30 am. Father will Zev directly to
 bring Zev directly to school in West
 school. Hartford (Father
 might want to drive
 part way on Wed.
 night, stay overnight
 at his mother's in
 Wilton, CT and
 finish the drive on
CT Page 13468-ch
 Thursday morning.
Sunday October 7 10 am, Scarsdale Thursday Oct. 11 Father will bring
*Columbus Day and JCC Zev directly to
First Shemini school in West
Atzeret holiday (last Hartford by 8:30 am
2 days of Sukkot
holiday)
Sat. November 10 7:30 pm, Bridgeport Mon. Nov. 12 5 pm, Bridgeport
 Amtrak (Veteran's Day — no Amtrak
 school on Mon. for
 Zev, Mother has
 work)
Wed. Nov. 21, 5 pm, Bridgeport Sunday Nov. 25 2 pm, Scarsdale JCC
Thanksgiving Amtrak (earlier for safety/
 traffic reasons)
Sat. Dec. 22, school 7:30 pm, Fri. Dec. 28 11:30 am,
vacation Bridgeport Amtrak *Note: This Scarsdale JCC
 arrangement allows
 father to spend
 birthday with Zev,
 and mother to spend
 Hebrew birthday
 with Zev
Sat. Jan. 19 7:30 pm, Bridgeport Mon. Jan. 21 (MLK 3 pm, Scarsdale
 Amtrak Day, no school) JCC
Sat. Feb. 16 8 pm, Bridgeport Sunday Feb. 24 3 pm, Scarsdale
(school vacation Amtrak JCC
week)
Fri. Mar. 15 11:30 am, West Sunday March 17 4 pm, Scarsdale
 Hartford (Bugbee JCC
 EXHIBIT A
 (Page 2 of 2)
 School
Wed. March 27 11:30 am, West Sunday March 31 2 pm. Scarsdale
CT Page 13468-ci
(Passover Holiday) Hartford, Bugbee JCC (earlier time
 School due to Easter/
 traffic)
Friday April 19 11:30 am, Sun. April 21 4 pm, Scarsdale
(April Vacation — Bridgeport Amtrak JCC
most will be spent
with mother)
Fri. May 3 4:30 pm, Bridgeport Sun. May 5 4 pm, Scarsdale
 Amtrak (the sabbath
 starts at 7:35, there
 is sufficient time for
 the driving)
Thurs. May 16 11:30 am, West Sunday May 19 4 pm, Scarsdale
(Jewish holiday of Hartford, Bugbee JCC
Shavuot) School
Sun. May 25 8 am, Bridgeport Mon. May 27 2 pm, Scarsdale
*Sabbath ends at 9 Amtrak JCC
pm on Sat. night.
Therfore, exchange (Memorial Day)
is Sun. morning
Fri. June 7 4:30 pm, Bridgeport Sun. June 9 4 pm, Scarsdale
(Sabbath starts at Amtrak JCC
8 pm, plenty of time
for driving)
Sun. Aug 11 3 pm, Penn Station, Sun. Aug 18 3 pm, Penn Station
 NYC New York City,
 Amtrak
Fri Aug. 30 Labor Bridgeport Amtrak Mon. Sept. 2 2 pm Scarsdale JCC
Day (Fri is school
day)